**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| WILBERT J. WILSON, JR., | : | |
| | : | |
| Petitioner, | : | Civil Action No.: |
| | : | 5:06-cv-299 (CAR) |
| vs. | : | |
| | : | |
| ANTHONY WASHINGTON, Warden, | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 13) to dismiss the above-captioned petition for federal habeas corpus relief. Neither party filed an Objection to the Recommendation. Having reviewed the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation (doc. 13) that Respondent's Motion to Dismiss (doc. 8) be **GRANTED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 13th day of June, 2007.

**/s/ C. Ashley Royal**
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JAB/ssh